

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00141-CV

Marilyn **STEWART**,
Appellant

v.

**WARREN PROPERTIES, INC.,** Agent for Vineyard Garden Apartments,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 383509
Honorable Walden Shelton, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we VACATE the trial court's judgment of possession. In all other respects, the judgment of the trial court is AFFIRMED.

We order no costs of appeal taxed against appellant because she qualifies as an indigent under Texas Rule of Appellate Procedure 20.1.

SIGNED February 5, 2014.

_____
Luz Elena D. Chapa, Justice